# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC, <br><br> Defendants. | Case No. 1:23-cv-000273-GBW <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that William J. Burton of the law firm Barnes & Thornburg LLP hereby enters his appearance as counsel on behalf of Defendants Alcoa Warrick LLC and Kaiser Aluminum Warrick, LLC in the above-captioned matter.

Dated: March 17, 2023

/s/ *William J. Burton*
William J. Burton (No. 6243)
BARNES & THORNBURG LLP
222 Delaware Ave., Suite 1200
Wilmington, Delaware 19801
Tel: (302) 300-3447
Email: william.burton@btlaw.com

*Counsel for Defendants*
*Alcoa Warrick LLC and Kaiser*
*Aluminum Warrick, LLC*