**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GILLESPIE & POWERS, INC.,<br><br> Plaintiff,<br><br>  v.<br><br>ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC,<br><br> Defendants. | C.A. No. 23-273-GBW |

## **ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Steven L. Caponi and Matthew B. Goeller of K&L Gates LLP in the above-captioned proceedings as counsel for Defendant Warrick Real Estate LLC.

Dated: March 22, 2023

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@kglates.com

*Attorneys for Defendant Warrick Real Estate LLC*