# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-000273-GBW |
| ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC, | ) ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charles P. Edwards to represent defendants Alcoa Warrick LLC and Kaiser Aluminum Warrick, LLC in the above-captioned matter.

Dated: April 5, 2023

/s/ *William J. Burton*
William J. Burton (No. 6243)
BARNES & THORNBURG LLP
222 Delaware Ave., Suite 1200
Wilmington, Delaware 19801
Tel: (302) 300-3447
Email: william.burton@btlaw.com

- OF COUNSEL -

Charles P. Edwards (*pro hac vice* pending)
Cory L. Turner (*pro hac vice* pending)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 236-1313
Email: charles.edwards@btlaw.com
cory.turner@btlaw.com

*Counsel for Defendants*
*Alcoa Warrick LLC and Kaiser*
*Aluminum Warrick, LLC*

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
The Honorable Gregory B. Williams
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Indiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: April 5, 2023

_____
Charles P. Edwards
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 236-1313
Email: charles.edwards@btlaw.com