**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GILLESPIE & POWERS, INC.,<br><br>                     Plaintiff,<br><br>    v.<br><br>ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC,<br><br>                     Defendants. | C.A. No. 23-cv-000273-GBW |

**PLAINTIFF GILLESPIE & POWERS, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Gillespie & Powers, Inc. ("Gillespie"), by its undersigned counsel, hereby discloses the following:

1.      Gillespie is a citizen of the state of Missouri for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a);

2.      Gillespie is a wholly-owned subsidiary of GP HoldCo, Inc.; and

3.      No publicly held company owns ten percent (10%) or more of Gillespie's stock.

The undersigned understands that under Rule 7.1 of the Federal Rules of Civil Procedure, Gillespie must promptly file a supplemental statement upon any change in the information that this statement requires.

*[Attorney signatures on following page]*

Dated:  April 10, 2023

**DLA PIPER LLP (US)**

 */s/ Michelle L. Morgan*
Michelle L. Morgan (DE Bar No. 3651)
Daniel P. Klusman (DE Bar No. 6839)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax|)
michelle.morgan@us.dlapiper.com
daniel.klusman@us.dlapiper.com

*Attorneys for Gillespie & Powers, Inc.*