# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC, <br><br> Defendants. | C.A. No. 23-cv-00273-GBW |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME FOR RESPONSE TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that Defendant Warrick Real Estate LLC ("Defendant") shall move, answer, or otherwise respond to Plaintiff Gillespie & Powers, Inc.'s ("Plaintiff") Complaint no later than fourteen (14) days after the date on which the Court issues its ruling on Plaintiff's Motion for Reconsideration (the "Motion"). This stipulation may be modified or amended by agreement among the parties hereto, subject to further Court approval.

Currently, the deadline for Defendant to respond to both Plaintiff's Complaint and the Motion is April 26, 2023. The reason for this requested extension is to allow counsel for Plaintiff and Defendant additional time following the Court's ruling to consult with their clients and consider an appropriate response. No party will be prejudiced by this brief extension.

| | |
|---|---|
| **DLA PIPER LLP (US)** | **K&L GATES LLP** |
| /s/ Michelle L. Morgan | /s/ Matthew B. Goeller |
| Michelle L. Morgan (DE Bar No. 3651) | Steven L. Caponi (DE Bar No. 3484) |
| Daniel P. Klusman (DE Bar No. 6839) | Matthew B. Goeller (DE Bar No. 6283) |
| 1201 North Market Street, Suite 2100 | 600 N. King Street, Suite 901 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 468-5700 | (302) 416-7080 |
| (302) 394-2341 (Fax|) | steven.caponi@klgates.com |
| michelle.morgan@us.dlapiper.com | matthew.goeller@klgates.com |
| daniel.klusman@us.dlapiper.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Warrick Real Estate LLC* |
| *Gillespie & Powers, Inc.* | |

Dated: April 25, 2023

**SO ORDERED**, this _____ day of April 2023.

_____
The Honorable Gregory B. Williams
United States District Court Judge