# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:23-cv-000273-GBW |
| ) | |
| ALCOA WARRICK LLC, WARRICK ) | |
| REAL ESTATE LLC and KAISER ) | |
| ALUMINUM WARRICK, LLC, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of Armand J. DellaPorta, Jr., Esquire, of Marshall Dennehey, P.C., 1007 N. Orange Street, Suite 600, P.O. Box 8888, Wilmington, DE 19899, as attorney for Plaintiff, Gillespie & Powers, Inc.

This substitution shall not delay the trial of this matter.

| | |
|---|---|
| **MARSHALL DENNEHEY, P.C.** | **DLA PIPER, LLP (US)** |
| /s/ Armand J. Della Porta, Jr. | /s/ Daniel P. Klusman |
| ARMAND J. DELLA PORTA, JR., ESQ. (#2861) | DANIEL P. KLUSMAN, ESQ. (#6839) |
| 1007 N. Orange Str., Suite 600 | 1201 N. Market Str., Suite 2100 |
| P.O. Box 8888 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Withdrawing Attorney |
| Superseding Attorney | |

Dated: September 11, 2023

LEGAL/156073571.v1