# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:23-cv-000273-GBW |
| ) | |
| ALCOA WARRICK LLC, WARRICK ) | |
| REAL ESTATE LLC and KAISER ) | |
| ALUMINUM WARRICK, LLC, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam E. Levy, Esquire to represent Plaintiff, Gillespie & Powers, Inc. in this matter.

**MARSHALL DENNEHEY, P.C.**

*/s/ Armand J. Della Porta, Jr.*
Armand J. Della Porta, Jr., Esquire (#2861)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899
e-mail: ajdellaporta@mdwcg.com
tel.: 302.552.4323
fax: 302.552.4340
Attorney for Plaintiff

Dated: September 11, 2023

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                   _____

                                                             United States District Court Judge