## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALCOA WARRICK LLC, WARRICK ) <br> REAL ESTATE LLC and KAISER ) <br> ALUMINUM WARRICK, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 1:23-cv-000273-GBW |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund, effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

By: _____
Adam E. Levy, Esquire
Marshall Denney, P.C.

LEGAL/156076591.v1

|  |  |
|---|---|
| Date: September 11, 2023 | 15000 Midlantic Drive<br>Suite 200<br>Mt. Laurel, NJ 08054 |

LEGAL/156076591.v1