# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC, <br><br> Defendants. | C.A. No. 23-273-GBW |

### DEFENDANT WARRICK REAL ESTATE, LLC'S
### <u>MOTION TO DISMISS</u>

Defendant Warrick Real Estate, LLC ("Warrick Real Estate"), through its undersigned counsel, respectfully moves under Federal Rule of Civil Procedure 12(b)(6) for dismissal from this case. In support of this motion, Defendant relies on its Opening Brief filed herewith and any and all further briefing and argument that may be submitted on this motion.

Dated: April 3, 2024

**K&L GATES LLP**

<u>/s/ Steven L. Caponi</u>
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Attorneys for Defendant Warrick Real Estate LLC*