IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILLESPIE & POWERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALCOA WARRICK LLC, WARRICK REAL ESTATE LLC and KAISER ALUMINUM WARRICK, LLC, <br><br> Defendants. | C.A. No. 23-273-GBW |

**STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING ON MOTION TO DISMISS**

WHEREAS, on April 3, 2024, Defendant Warrick Real Estate LLC ("Defendant") filed a motion to dismiss (D.I. 67) (the "Motion") and opening brief in support of the Motion (D.I. 68) (the "Opening Brief");

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern briefing on the Motion:

1. Plaintiff Gillespie & Powers, Inc.'s ("Plaintiff") shall file its answering brief in opposition to the Motion on May 13, 2024; and

2. Defendant shall file its reply brief in support of the Motion on May 28, 2024.

Dated: April __, 2023

| | |
|---|---|
| **MARSHALL DENNEHEY, P.C.** | **K&L GATES LLP** |
| /s/ | /s/ |
| Armand J. Della Porta, Jr., (No. 2861) | Steven L. Caponi (No. 3484) |
| 1007 N. Orange Street, Suite 600 | Matthew B. Goeller (No. 6283) |
| P.O. Box 8888 | 600 N. King Street, Suite 901 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| ajdellaporta@mdwcg.com | Phone: (302) 416-7000 |
| | steven.caponi@klgates.com |

2

Adam E. Levy
**MARSHALL DENNEHEY, P.C.**
15000 Midlantic Drive Suite 200
Mt. Laurel, NJ 08054
Phone: 856-414-6015
AELevy@mdwcg.com

*Attorneys for Plaintiff*

matthew.goeller@klgates.com

*Attorneys for Defendant*
*Warrick Real Estate LLC*

SO ORDERED.

This \_\_\_\_ day of _____, 2024.

_____
United States District Court Judge